BRIAN J. SMITH, ESQ.
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for SEHDEV

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                         )
            Plaintiff,   )
                         )           Case No.: 2:17-MJ-683-CWH
v.                       )
                         )
ASHOK SEHDEV             )
                         )
            Defendant.   )
_____)

## STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, ASHOK SEHDEV requests a substitution of counsel in the above styled cause, wherein BRIAN J. SMITH, ESQ. is substituted counsel and the Office of Cofer & Geller, LLC, is no longer counsel of record for the defendant.

DATED this 11th day of July, 2017.

Warren Geller, Esq.                 Brian J. Smith, Esq.
State Bar Number 10047              State Bar Number 11279
601 S. Tenth St.,                   9525 Hillwood Drive, Suite 190
Las Vegas, NV 89101                 Las Vegas, Nevada 89134
(702) 777-9999                      (702) 380-8248


WARREN GELLER, Esq.                 BRIAN J. SMITH, Esq.

IT IS SO ORDERED.


DATED:  July 17, 2017
                                    ASHOK SEHDEV, Defendant


C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE